In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

## NO. 09-11-00686-CR
_____

**TERRY DALE CARNES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 359th District Court**
**Montgomery County, Texas**
**Trial Cause No. 11-10-10957 CR**

**ORDER**

The clerk's record in the above styled and numbered cause was filed December 30, 2011, and the reporter's record was filed July 12, 2012. Appellant's counsel, Scott Pawgan, requested extensions of time to file the brief on August 15, 2012, and September 14, 2012. On September 18, 2012, the Court granted an extension of time to file the brief, noting that the extension was a "FINAL EXTENSION." On November 6, 2012, the appellant's court-appointed attorney, Scott Pawgan, was notified that neither the brief of the appellant nor a motion for extension of time to file the brief has been filed. Counsel

1

submitted an additional request for an extension but failed to submit a brief with his request. Although the brief of the appellant was due to be filed October 12, 2012, the brief has not been filed.

We abate the appeal and remand the case to the trial court to conduct a hearing at which a representative of the State, counsel for the appellant, and the appellant shall be present in person. *See* Tex. R. App. P. 38.8(b)(3). We direct the trial court to determine whether or not appellant desires to pursue his appeal. If appellant desires to pursue his appeal, we direct the trial court to determine why the brief of the appellant has not been filed, why appellant's counsel has not responded to late notices from this Court, and whether good cause exists for appointed counsel, Scott Pawgan, to be relieved of his duties as appellate counsel and replaced by substitute counsel. *See* Tex. Code Crim. Proc. Ann. art. 26.04(j)(2) (West Supp. 2012). If the trial court determines that good cause exists to relieve appointed counsel of his duties, we direct the trial court to appoint substitute counsel.

The record of the hearing, including any orders and findings of the trial court judge, shall be sent to the appellate court for filing. The transcription of the court reporter's notes from the hearing and the recommendations of the trial court judge are to be filed on or before December 31, 2012.

ORDER ENTERED November 29, 2012.

PER CURIAM

Before McKeithen, C.J., Gaultney and Horton, JJ.

2